ESSEX-STANTON CORP., Appellant, v. SHEAH LEHRER, Respondent.— In this case findings should be made by the trial court as to the investment, purchase price, terms and arrangements in the original purchase of the property by Ludlow Corporation and subsequent acquisition by the landlord, as to the relationship between the two corporations, the equity of the landlord if the corporate entities are assimilated, and allocation of the purchase price, liens and

724

equity to the property in issue. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.